UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Cause No. 1:17-cr-00186-SEB-TAB |
| | ) | |
| BOBBY ASHLEY, | ) | |
| | ) | |
| Defendant. | ) | |

## STIPULATED FACTUAL BASIS

The United States of America, by counsel, Josh J. Minkler, United States Attorney for the

Southern District of Indiana, by William L. McCoskey, Assistant United States Attorney, and the

defendant, Bobby Ashley ("Defendant" or "Ashley"), in person and by counsel, Joseph M. Cleary

respectfully submit the following stipulated factual basis:

1. On June 18, 2017, IMPD officers responded to a domestic disturbance call at 1210 S.

Denny St., Indianapolis, IN. The caller, Kimberley Barnes, stated that her daughter, Brenna

Canter, was in a disturbance with her boyfriend, Bobby ASHLEY. Barnes claimed that ASHLEY

had weapons on him.

2. Upon arrival, Barnes pointed out a gold Hyundai leaving the scene and stated that

ASHLEY was in the car and that he had assaulted her daughter.

3. An officer followed the Hyundai, while another officer remained on scene with

Barnes. Barnes told the officer that ASHLEY had two guns on his person. The officer informed

the pursuing officer by radio of this fact.

4. The pursuing officer approached the Hyundai a block away. The car had stopped

without the officer having to initiate a traffic stop. The officer had ASHLEY exit the car and

performed a safety pat down of ASHLEY. During the pat down, ASHLEY said, "I'm going to be honest with you. There are a couple guns in my car." The officer secured ASHLEY and noticed, in plain view in the passenger's seat, a black handgun.

5. Meanwhile officers interviewed Brenna Canter, who said that ASHLEY had come home high on methamphetamine and assaulted her. Specifically, ASHLEY punched her in the head with a closed fist, cut her arm with a broken broomstick, and also struck her left hand with a black handgun. Canter had visible injuries, which officers photographed. According to the victim's brother, who was also on scene, ASHLEY told Canter that if he gets arrested today, he is going to come back and kill her when he gets out.

6. After receiving his *Miranda* warnings, ASHLEY told officers that there were two other handguns in the car. He denied owning any of the guns. He claimed that he took the guns because he didn't think it was safe to leave them at Canter's residence. Officers noted that at least one other gun was in plain view in the car, and seized it and another gun from the front passenger seat. The three guns seized from ASHLEY's car were a Sig Sauer P228 9mm, a Taurus .22 magnum, and an HR Inc. Model 649 .22 caliber.

7. ASHLEY was arrested for driving while suspended and for carrying a handgun without a license.

8. None of the handguns were manufactured in Indiana.

9. ASHLEY was previously convicted of felonies, including Auto Theft (Oct. 26, 2006, Hendricks County).

Respectfully submitted,

JOSH J. MINKLER
United States Attorney

for William L. McCoskey
Assistant United States Attorney

1/16/18
Date

Bobby Ashley
Defendant

/-11- 2010
Date

Joseph M. Cleary
Counsel for Defendant

1/11/18
Date