UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Cause No. 1:17-cr-0186-SEB-TAB |
| | ) | |
| BOBBY ASHLEY, | ) | - 01 |
| | ) | |
| Defendant. | ) | |

**REPORT AND RECOMMENDATION**

On November 7, 2022, the Court held a hearing on the Petitions for Warrant or Summons for Offender Under Supervision filed on June 2, and October 29, 2021. Defendant Ashley appeared in person with his appointed counsel Dominic Martin. The government appeared by Abhishek Kambli, Assistant United States Attorney. U. S. Parole and Probation appeared by Officer Mark McCleese.

The Court conducted the following procedures in accordance with Fed. R. Crim. P. 32.1(a)(1) and 18 U.S.C. § 3583:

1. The Court advised Defendant Ashley of his rights and provided him with a copy of the petition. Defendant Ashley orally waived his right to a preliminary hearing.

2. After being placed under oath, Defendant Ashley admitted violation number 4. [Docket No. 46.] Government orally moved to withdraw the remaining violations, which motion was granted by the Court; violation numbers 1, 2, and 3 were dismissed.

3. The allegation to which Defendant admitted, as fully set forth in the petition, is:

| **Violation Number** | **Nature of Noncompliance** |
|---|---|
| 4 | **"You must not commit another federal, state or local crime."** |

On September 24, 2021, officers with the Marion County, Indiana, Sheriff's Department located Mr. Ashley sitting in a parked car. Subsequently, a bag containing 12.2 grams of methamphetamine was discovered inside the vehicle. The offender was charged with Possession of Methamphetamine, a felony offense. The case is pending in the Marion County Superior Court 30 under case number 49D30-2109-F4-029883.

4. The parties stipulated that:

    (a) The highest grade of violation is a Grade B violation.

    (b) Defendant's criminal history category is IV.

    (c) The range of imprisonment applicable upon revocation of supervised release, therefore, is 12 to 18 months' imprisonment.

5. The parties jointly recommended a sentence of 12 months and 1 day with no supervised release to follow. Defendant requested placement at FCI Greenville.

The Magistrate Judge, having considered the factors in 18 U.S.C. § 3553(a), and as more fully set forth on the record, finds that the Defendant violated the conditions in the petition, that his supervised release should be revoked, and that he should be sentenced to the custody of the Attorney General or his designee for a period of 12 months and 1 day with no supervised release to follow. The Magistrate Judge will recommend placement at FCI Greenville. The Defendant is to be taken into custody immediately pending the District Judge's action on this Report and Recommendation.

The parties are hereby notified that the District Judge may reconsider any matter assigned to a Magistrate Judge. The parties waived the fourteen-day period to object to the Report and Recommendation.

Date: 11/8/2022

*Paul R. Cherry*
Paul R. Cherry
United States Magistrate Judge
Southern District of Indiana

Distribution:

All ECF-registered counsel of record via email generated by the court's ECF system